**Order entered March 6, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-19-01092-CR**
**No. 05-19-01093-CR**

**REGINALD QUOMONE JORDAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-60840-Q & F14-60841-Q**

**ORDER**

Before the Court is appellant's March 3, 2020 motion to supplement the reporter's record and request for an extension of time to file his brief. In his motion, appellant alleges the reporter's record (1) does not contain the testimony of a witness who testified at the August 19, 2019 revocation hearing, (2) does not contain exhibits admitted during the revocation hearing, and (3) does not contain a transcript of appellant's January 12, 2016 plea hearing and any other hearings that

took place in this case. We **GRANT** appellant's motion to the extent of the following relief.

We **ORDER** Official Court Reporter Kendra Thibodeaux to review her notes to determine whether any witness testimony was omitted from the reporter's record of the August 19, 2019 hearing filed in this case and to file, within **THIRTY DAYS** of the date of this order, either a written verification that the testimony already filed in the reporter's record accurately reflects the proceedings conducted or else an amended reporter's record that includes any omitted testimony.

We further **ORDER** Ms. Thibodeaux to file, within **THIRTY DAYS** of the date of this order, a supplemental reporter's record containing copies of all exhibits admitted into evidence during the August 19, 2019 revocation hearing, a record of the January 12, 2016 plea hearing, and records of any other reported hearings in these cases.

We extend the time to file appellant's brief until **SIXTY DAYS** from the date of this order.

/s/    LANA MYERS
       JUSTICE